Alene ODOMS v. STATE.

No. 15031.

Court of Criminal Appeals of Texas.

Jan. 13, 1932.

Rehearing Denied March 2, 1932.

Ben C. Chapman and W. H. Murchison, both of Haskell, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

The unlawful sale of intoxicating liquor is the offense; penalty assessed at confinement in the penitentiary for one year.

There is before this court no statement of the facts developed upon the trial. No complaint of the procedure has been pointed out by bill of exception or otherwise; nor have any been perceived. The indictment appears regular and regularly presented.

The judgment is affirmed.

### On Motion for Rehearing.

**LATTIMORE, J.**

This is a companion case to Alberta Johnson v. State (Tex. Cr. App.) 46 S.W.(2d) 698, opinion this day handed down overruling the appellant's contentions in that case. For the same reasons the motion for rehearing in the instant case will be overruled.

MORROW, P. J., absent.